927 A.2d 1287

## STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. PAMELA HAYNES, DEFENDANT–PETITIONER.

July 6, 2007.

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–2033–05 having been submitted to this Court, and the Court having considered the same;

And the record having disclosed that the trial court did not obtain from defendant directly the factual basis for her plea of guilty to a violation of probation, as required by *Rule* 3:9–2,

And the trial court having failed to afford defendant her right of allocution at sentencing for her violation of probation, as required by *Rule* 3:21–4(b),

And good cause appearing;

IT IS ORDERED that the petition for certification is granted, and the matter is summarily remanded to the trial court for a proceeding at which defendant either shall provide an adequate factual basis for her plea of guilty pursuant to *Rule* 3:9–2 or shall withdraw the plea and proceed to trial on the charge of violation of probation; and it is further

ORDERED that if defendant elects to confirm her plea of guilty by providing the court with a satisfactory factual basis for its entry, the trial court shall thereafter resentence defendant, ensuring that she has the opportunity to exercise her right of allocution pursuant to *Rule* 3:21–4(b).

Jurisdiction is not retained.